# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **Arthur A. Benson II**, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, **Monica Miller**, an attorney admitted to practice in the State of California and the District of Columbia but not admitted to the Bar of this court, who will be counsel for the Plaintiffs, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_/s/ Arthur A. Benson II_     21107
Signature of Movant/Attorney     MO Bar Number

November 20, 2013     P.O. Box 119007, 4006 Central
Date     Address

(816) 531-6565 ext. 100     Kansas City, Missouri 64171-9007
Phone

### Affidavit of Proposed Admittee

I, **Monica Miller**, am currently a member in good standing of the bars of the United States District Court for the Central District of California and the State of California and the District of Columbia, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):     Case Title(s)
2:13-cv-04242-MJW     American Humanist Association, et al. v. Fayette R-III School District, et al.

Date     (Signature of Admittee)
November 18, 2013     _/s/ Monica Miller_

**State Bar Number:** CA 288343 / DC 101625
**District Court Bar Number:** N/A
**Phone:** (202) 238-9088
**Address:**
American Humanist Association
1777 T Street, N.W.
Washington, DC 20009

**E-Mail:** mmiller@americanhumanist.org

---

Pursuant to WDMO Local Rule 83.5(1) a fee of $100 is required for each case in which the attorney is seeking admittance.